## H. & T. C. R. R. Co. v. T. R. WHITE.

(No. 1660, Op. Book No. 3, p. 536.

ERROR from Travis County.    Opinion by WHITE, P. J.

§ 164. *Judgment by default on sworn account for damages.* Suit against a railroad company for damages occa-

sioned by the loss or destruction of goods, as shown by
an itemized account supported by the affidavit of the
plaintiff, in accordance with article 2266 of the Revised
Statutes.    Judgment by default was rendered for the
amount of the plaintiff's claim, without other proof than
the claim itself.    *Held*, that article 2266 did not apply to
this character of claim.    To entitle a plaintiff to the
benefit of that article, it must appear that the debt
claimed exists by contract between the parties to the suit,
either express or implied; in other words, the action
must be founded upon a contract.    [R. R. Co. v. Hays &
Co. (Ct. App.) *post*, p. 416; R. R. Co. v. Morris (Ct. App.),
*post*, p. 427.]    Because of insufficient evidence, the judgment by default was set aside.

    April 16. 1881.                    Reversed and remanded.